# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **22–12214 – DER**     Chapter: **13**

**D'Andre Lewis**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:      10 – Amendment to List of Creditors. to DELETE creditor. Filed by Jeffrey M. Sirody.
(Attachments: # 1 Certificate of Service) (Sirody, Jeffrey)

PROBLEM:       **The following items are deficient for the above pleading, and must be cured by 5/16/22.
The filing fee is missing.**

CURE:          The filing fee of $32 for Amended Matrix/Schedule must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S.
Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person
at one of the following locations:

U.S. Bankruptcy Court                    U.S. Bankruptcy Court
Garmatz Federal Courthouse               U.S. Courthouse
101 W. Lombard Street, Suite 8530        6500 Cherrywood Lane, Suite 300
Baltimore, MD 21201                      Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under
Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those
screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee"
event. Select the document for which the fee was originally due. Accept the displayed fee
amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other
action the Court deems appropriate without further notice. For a proposed order, the failure to
cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/2/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson
301–344–3918

cc:   Debtor
Attorney for Debtor – Jeffrey M. Sirody

defntc (rev. 12/12/2016)