IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at **BALTIMORE DIVISION**

| | |
|---|---|
| **IN RE:** | * |
| D'ANDRE LEWIS | *  Case No. 22-12214-DER |
| Debtor | *  Chapter 13 |
| ------------------------------- | * |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. | * |
| Movant | * |
| vs. | * |
| D'ANDRE LEWIS | * |
| Respondent(s) | * |

**NOTICE OF MOTION FOR RELIEF FROM STAY**
**AND HEARING THEREON**

      Capital One Auto Finance, a division of Capital One, N.A. has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to repossess and sell one 2018 Porsche Macan Utility 4D S AWD 3.0L V6 Turbo, serial number WP1AB2A58JLB32037. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

      If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by August 11, 2022, with three additional calendar days allowed if all parties are not served electronically, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

    Michael J. Klima, Jr.
    #25562
    8028 Ritchie Highway, Ste. 300
    Pasadena, MD 21122
    Attorney for Movant

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for 8/22/2022 at 1:30 P.M. in Courtroom 9-D, United States Bankruptcy Court, located 101 W Lombard St, Suite 8530 Baltimore, MD 21201.

If you or your lawyer do not take these steps by the deadline, the Court may decide that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Respectfully submitted:
*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

**CERTIFICATION OF SERVICE**

I hereby certify that on the 28th day of July, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Motion for Relief from Stay And Hearing Thereon will be served electronically by the Court's CM/ECF system on the Following:

Brian A. Tucci, Chapter 13 Trustee
Jeffrey M. Sirody , Attorney for Debtor

I hereby further certify that on the 28th day of July, 2022, a copy of the Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid to:

D'Andre Lewis
2011 Wintergreen Place
Rosedale, MD 21237

Jeffrey M. Sirody
1777 Reisterstown Road, Suite 360 E
Baltimore, MD 21208

Brian A. Tucci
300 E. Joppa Road, Suite 409
Towson, MD 21286

pursuant to F.R.Bankr.P. 7004.

                                               */s/ Michael J. Klima, Jr.*
                                               MICHAEL J. KLIMA, JR. #25562
                                               8028 Ritchie Highway, Ste. 300
                                               Pasadena, MD 21122
                                               (410) 768-2280
                                               JKlima@KPDLawgroup.com
                                               Attorney for Capital One Auto Finance,
                                               a division of Capital One, N.A.