IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: **D'Andre Lewis**

Case No. **22-12214**

Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

☐ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

☐ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

☑ C. ALL OTHER PLANS: This is to certify that on **April 17, 2023**, I caused the Second Amended Chapter 13 Plan ☑ filed herewith and Order Denying Confirmation with leave to amend / ☐ filed on _____, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

- Michael J. Klima bankruptcy@peroutkalaw.com

- Susan Christine Scanlon Susan.Scanlon@Maryland.gov, Sheron.gresham@maryland.gov

- Brian A. Tucci ECF@ch13balt.com, btucci13@ecf.epiqsystems.com;trusteemdb41@ecf.epiqsystems.com

- Michael David Watts mwatts@sra.state.md.us

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Mayor and City Council of Baltimore
c/o Tammy Hollie
200 Holliday Street
Baltimore, MD 21202

**AND**

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

☐ I caused the Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served

**Local Bankruptcy Form M-1**

_____
Name of Creditor

_____          _____
Name served                             Capacity (Resident Agent, Officer, etc.)

_____
Address

_____
City, State, ZIP

Method of Service:  _____

Date Served:  _____

**AND** Select A or B:

A.      ☐ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B.      ☐ No proof of claim has been filed for the lien or claim at issue.

3.      ☐ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. *This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.*

☐ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.
Dated:  **April 17, 2023**

                                        /s/ Jeffrey M Sirody
                                        Debtor, Counsel for Debtor, or other Person effecting service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 22-12214<br>District of Maryland<br>Baltimore<br>Fri Apr 29 11:57:09 EDT 2022 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | BGE<br>PO Box 1475<br>Baltimore, MD 21203-1475 |
| Baltimore Brimmer<br>6254 Kenwood Avenue<br>Rosedale, MD 21237-2021 | Baltimore City Impound Lot<br>Attn:  Bankruptcy<br>6700 Pulaski Highway<br>Rosedale, MD 21237-1270 | Baltimore City Law Depart<br>City hall<br>100 Holliday Street<br>Baltimore, MD 21202-3472 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Castel Credit Co Holdings, LLC<br>Attn: Bankruptcy<br>200 S Michigan Ave #450<br>Chicago, IL 60604-2400 |
| City of Baltimore<br>Dept of Finance<br>200 N. Holliday St.<br>Baltimore, MD 21202-3618 | Comcast Xfinity<br>8031 Corporate Drive<br>Nottingham, MD 21236-4986 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | DLLR<br>1100 N. Eutaw St.<br>Baltimore, MD 21201-2226 |
| DLLR-Overpayment Recoveries Unit<br>PO Box 1931<br>Baltimore, MD 21203-1931 | (p)BALTIMORE COUNTY OFFICE OF LAW<br>400 WASHINGTON AVENUE<br>2ND FLOOR<br>TOWSON MD 21204-4606 | Director of Budget & Finance<br>Attn:  Dafne D. Sollon, Esq.<br>400 Washington Ave.<br>Room 150<br>Towson, MD 21204-4605 |
| Discover Financial<br>PO Box 3025<br>Attn: BK<br>New Albany, OH 43054-3025 | EZPass<br>PO Box 5100<br>Baltimore, MD 21224-0100 | GS Bank USA<br>Attn: Bankruptcy<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Johns Hopkins Hospital<br>PO Box 64160<br>Baltimore, MD 21264-4160 |
| MDOT<br>PO Box 17600<br>Baltimore, MD 21297-1600 | MVA<br>6601 Ritchie Hwy NE<br>Glen Burnie, MD 21062-0001 | (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT<br>ATTN OFFICE OF THE ATTORNEY GENERAL<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201-2309 |
| Patient First<br>5000 Cox Rd, Ste 100<br>Glen Allen, VA 23060-9263 | Progressive<br>Po Box 55126<br>Boston, MA 02205-5126 | Roman Ripa MDG<br>Revocable Lioving Trust<br>6 Beau Mondes Court<br>Reisterstown, MD 21136-6001 |

| | | |
|---|---|---|
| Roudellou, Inc.<br>Billy Koudellou<br>4104 41st Street<br>Brentwood, MD 20722-1510 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | (p)SELF INC<br>515 N CONGRESS AVE<br>2200<br>AUSTIN TX 78701-3560 |
| State of Maryland<br>Central Collection Unit<br>300 W. Preston St., Rm. 407<br>Baltimore, MD 21201-2309 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Supervisor of Delin. Accts.<br>Abel Wolman Municipal Building<br>200 Holliday Street- Room #1 Bankruptcy<br>Baltimore, MD 21202-3635 |
| Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>300 E. Joppa Road<br>Suite 409<br>Towson, MD 21286-3005 | D'Andre Lewis<br>2011 Wintergreen Place<br>Rosedale, MD 21237-1911 | Jeffrey M. Sirody<br>Jeffrey M. Sirody and Associates, P.A.<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208-1313 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>Revenue Admins Division<br>110 Carroll St.<br>Annapolis, MD 21411 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 3220<br>Buffalo, NY 14240 |
| Deputy County Attorney<br>Baltimore County Office of Law<br>400 Washington Avenue, 2nd Floor<br>Towson, MD 21204 | IRS<br>31 Hopkins Pl.<br>Rm. 1150<br>Baltimore, MD 21201 | Maryland CCU<br>300 W. Preston, Room 503<br>Baltimore, MD 21201 |
| Self Financial, Inc.<br>Attn: Bankruptcy<br>515 Congress Ave #2200<br>Austin, TX 78701 | (d)State of Maryland<br>Comptroller of the Treasury<br>301 W. Preston Street, Room 410<br>Baltimore, MD 21201 | (d)State of Maryland CCU<br>300 West Preston Street<br>Room 500<br>Baltimore, MD 21201 |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38